

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00581-CV

**IN THE INTEREST OF H.A.L.** and T.A.H., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00759
Honorable Brenda Chapman, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under Texas Rule of Appellate Procedure 20.

SIGNED November 15, 2023.

_____
Lori I. Valenzuela, Justice